FILED

FEB 21 2008

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY (MB) DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Criminal Case No. 08CR0466-L |
|---|---|---|
| Plaintiff, | ) | I N F O R M A T I O N |
| v. | ) | Title 8, U.S.C., Sec. 1326(a) and (b) -Attempted Entry After Deportation (Felony) |
| MIGUEL ANGEL FERRER-VALENZUELA, aka Jesus Manuel Osuna-Martinez, | ) | |
| Defendant. | ) | |

The United States Attorney charges:

On or about January 25, 2008, within the Southern District of California, defendant MIGUEL ANGEL FERRER-VALENZUELA, aka Jesus Manuel Osuna-Martinez, an alien, knowingly and intentionally attempted to enter the United States of America with the purpose, i.e., conscious desire, to enter the United States without the express consent of the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security, after having been previously excluded, deported and removed from the United States to Mexico, and not having obtained said express consent to reapply for admission thereto; and committed an overt act to wit, crossing the border from Mexico into the United States, that was a substantial step

JDM:jam:San Diego
2/5/08

1 | towards committing the offense, all in violation of Title 8, United
2 | States Code, Section 1326(a) and (b).
3 | DATED: 2/21/08 .

KAREN P. HEWITT
United States Attorney

*Michelle M. Pettit*
for JEFFREY D. MOORE
Assistant U.S. Attorney

2